445 A.2d 101

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Bazil YANNARIELLO.**

Supreme Court of Pennsylvania.

Argued April 19, 1982.

Decided May 19, 1982.

Ernest D. Preate, Jr., Dist. Atty., Robert J. Farrell, Asst. Dist. Atty., Michael Krushinski, Scranton, for appellant.

Todd J. O'Malley, Scranton, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. 270 Pa.Super. 312, 411 A.2d 543.